City of Aspen, a municipal corporation, Petitioner/Cross-Respondent v. Burlingame Ranch II Condominium Owners Association, Inc., a nonprofit corporation, Respondent/Cross-Petitioner No. 22SC293
Supreme Court of Colorado, En Banc
November 14, 2022
 Court of Appeals Case No. 20CA2088 
 
 Petition and Cross-Petition for Writ of Certiorari GRANTED. 
 [REFRAMED] Whether the court of appeals erred by applying the Economic Loss Rule ("ELR") in its determination of whether a claim "could lie in tort" under the Colorado Governmental Immunity Act ("CGIA"), § 24-10-106, C.R.S. (2022). 
 DENIED AS TO ALL OTHER ISSUES. 
 1